**Fill in this information to identify the case:**

Debtor 1  **Mark H. Stroh**

Debtor 2  **Diane J. Stroh**
(Spouse if filing)

United States Bankruptcy Court for the:  **Southern District of Ohio (Columbus)**
Case number  **15-50251**
WWR #**21360406**

Official Form 410S1
# Notice of Mortgage Payment Change                                                                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1

| | | |
|---|---|---|
| **Name of Creditor:** | U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust | **Court Claim no (if known):**  1-1 |
| **Last 4 digits** of any number you use to Identify the debtor's account | **2324** | **Date of payment change:** Must be at least 21 days after date of this notice  **10/12/2017** |

*The attached notice of payment change was effective 06/12/2017 This Notice is being filed for the 10/12/17 payment. Debtors' account will not be assessed the increase for the 6/12/17-9/12/17 payments

**New total payment**
Principal, interest and escrow, if any                                          **$1,671.27**

## Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☒ No

☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  IF a statement is not attached, explain why: _____

**Current escrow payment: $_____**        **New escrow payment**: $_____

## Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable rate account?**

☐ No

☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

Current interest rate: **8.375**%                        New interest rate: **8.875**%

Current principal and interest payment: $**1,519.20**        New principal and interest payment: $**1,671.27**

## Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such a a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment**: $_____              **New mortgage payment**: $_____

Debtor 1  Mark H. Stroh                                             Case number (if known) 15-50251

---

**Part 4:**     **Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

|  |  |
|---|---|
| X /s/ Geoffrey J. Peters | Date September 21, 2017 |
| Print: Geoffrey J. Peters, #0063502 | Title Attorney for Creditor |
| Company Weltman, Weinberg & Reis Co., LPA |  |
| Address 3705 Marlane Drive | Email gpeters@weltman.com |
| Grove City, OH  43123 |  |
| Contact Phone 614-883-0678 |  |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was served: (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on September 21, 2017 addressed to:

Mark H. Stroh
1888 Plains Blvd
Powell, OH  43065

Diane J. Stroh
1888 Plains Blvd
Powell, OH  43065

    /s/ Geoffrey J. Peters
    GEOFFREY J. PETERS #0063502

**Weltman, Weinberg & Reis Co., L.P.A.**

3705 Marlane Drive
Grove City, OH  43123
(614) 883-0678/
(614) 801-2601 (fax)
gpeters@weltman.com



PO Box 24610
Oklahoma City, OK  73124-0610

April 21, 2017

MARK H STROH & DIANE J STROH
C/O KAREN E HAMILTON 31 EAST WHITTIER STREET,
COLUMBUS OH 43206

Re:  Caliber Account Number          2324

**Changes to Your Mortgage Interest Rate and Payments on June 12, 2017.**

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 036 month period during which your interest rate stayed the same, with all subsequent interest rate changes occurring every 006 months thereafter.  The next adjustment date is on May 12, 2017, so on that date your interest rate and mortgage payment change.  After that, your Interest rate may change every 006 months for the rest of your loan term.**

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
|---|---|---|
| Interest Rate | 8.375% | 8.875% |
| **Total Monthly Payment** | $1,519.20 | $1,671.27 (Due June 12, 2017) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under your loan agreement, your index rate is  4.000% and your margin is 4.850%.  The PRIME RATE is published Daily in the WALL STREET JOURNAL.  Your change amount was rounded by   .125%.

**Rate Limit(s):** Your rate cannot go higher than 14.850% over the life of the loan.   Your rate can change at each adjustment by no more than 01.000%.   If you've had a short term loan modification that lowered the interest rate below the ARM floor rate stated on the Note, the interest rate after the modification expires will adjust to the ARM floor.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment.  Your new payment is based on the PRIME RATE index, your margin, 4.850%.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**

- Contact Caliber Home Loans, Inc. Customer Service at 800-401-6587 or www.caliberhomeloans.com as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - <u>Refinance your loan</u> with us or another lender.
    - <u>Sell your home</u> and use the proceeds to pay off your current loan.
    - <u>Modify your loan terms</u> with us.
    - <u>Payment forbearance</u> temporarily gives you more time to pay your monthly payment.

- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm , or the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please contact your Customer Service Specialist at 800-401-6587 between the hours of 8:00 a.m. and 7:00 p.m. Central Time. You can also find useful information about managing your mortgage payments at our website, **www.caliberhomeloans.com**.

Sincerely,

Special Loans Department
Caliber Home Loans, Inc.


**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge:  If you are a debtor presently subject to a proceeding in Bankruptcy Court, of is you have previously been discharged from this debt be a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.**