**Fill in this information to identify the case:**

Debtor 1  Mark H. Stroh

Debtor 2  Diane J. Stroh
(Spouse if filing)

United States Bankruptcy Court for the: Southern District of Ohio (Columbus)
Case number  15-50251
WWR #21360406

Official Form 410S2
**Notice of Postpetition Mortgage Fees, Expenses, and Charges**                                12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of Creditor: | U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust | Court Claim no (if known) | 1-1 |

**Last 4 digits** of any number you use to
Identify the debtor's account                 2324

Does this notice supplement a prior notice of postpetition fees,
expenses, and charges?

☒ No

☐ Yes.  Date of last notice: _____

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | _____ | (1) $_____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) $_____ |
| 3. Attorney Fees | _____ | (3) $_____ |
| 4. Filing fees and court costs | _____ | (4) $_____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) $_____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) $_____ |
| 7. Property inspection fees | _____ | (7) $_____ |
| 8. Tax advances (non-escrow) | _____ | (8) $_____ |
| 9. Insurance advances (non-escrow) | April 14, 2017 | (9) $1,363.00 |
| 10. Property preservation expenses. Specify: _____ | _____ | (10) $_____ |
| 11. Other. Specify: _____ | _____ | (11) $_____ |
| 12. Other. Specify: _____ | _____ | (12) $_____ |
| 13. Other. Specify: _____ | _____ | (13) $_____ |
| 14. Other. Specify: _____ | _____ | (14) $_____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Mark H. Stroh                                              Case number (if known) 15-50251

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /S/ Geoffrey J. Peters                           Date  September 21, 2017

Print:        Geoffrey J. Peters #0063502

                                                        Title  Attorney for Creditor

Company       Weltman, Weinberg & Reis Co., LPA

Address       3705 Marlane Drive

              Grove City, OH 43123

Contact Phone  614-883-0678

                                                        Email  gpeters@weltman.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served: (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on September 21, 2017 addressed to:

Mark H. Stroh
1888 Plains Blvd
Powell, OH  43065

Diane J. Stroh
1888 Plains Blvd
Powell, OH  43065

                                                /s/ Geoffrey J. Peters
                                                GEOFFREY J. PETERS #0063502
                                                **Weltman, Weinberg & Reis Co., L.P.A.**
                                                3705 Marlane Drive
                                                Grove City, OH  43123
                                                (614) 883-0678
                                                (614) 801-2601 (fax)
                                                gpeters@weltman.com



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

MARK H STROH  
DIANE J STROH  
1888 PLAINS BLVD  
POWELL, OH 43065

ACCOUNT # 2324  
09/11/2017  
REPORT ID: 262384

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT  
FROM 02/07/2017 TO 04/24/2017

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/14/2017 | ($1,363.00) | Disbursement Homeowners Ins / Condo Master | ($1,363.00) | $0.00 | $0.00 | ($1,363.00) |

| Description | Amounts |
|---|---|
| Insurance Balance | ($1,363.00) |
| Homeowner's Ins | ($1,363.00) |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | $0.00 |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | $0.00 |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| | |
| Overall Balance | ($1,363.00) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.

**Insurance Coverage For: 4.2017 - 3.2018**