| Fill in this information to identify the case: |
|---|
| Debtor 1   Mark H Stroh |
| Debtor 2   Diane J Stroh |
| (Spouse, if filing) |
| United States Bankruptcy Court for the Southern District of Ohio |
| Case number 15-50251 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust, N.A., As Truste for  LSF9 Master Participation Trust

**Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 2324

**Date of payment change:** 06/12/2018
Must be at least 21 days after date of this notice

**New total payment:** $1,930.36
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ■ No.
   ☐ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:**           **New escrow payment:**

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ■ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**       9.125%         **New interest rate:**       9.375%

   **Current principal and interest payment:**   $1,806.49    **New principal and interest payment:** $1,930.36

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**           **New mortgage payment:**

Debtor 1 <u>Mark H Stroh</u>
      Print Name    Middle Name    Last Name

Case number *(if known)* <u>15-50251</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Sonali Patel</u>    Date <u>05/04/2018</u>
   Signature

Print    <u>Sonali B. Patel</u>    Title  <u>Authorized Agent for Creditor</u>
    First Name  Middle Name  Last Name

Company  <u>RAS Crane, LLC</u>

Address  <u>10700 Abbott's Bridge Road, Suite 170</u>
    Number  Street

<u>Duluth  GA 30097</u>
City      State  ZIP Code

Contact Phone <u>470-321-7112</u>    Email  <u>spatel@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___May 4, 2018_____,
I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Karen E Hamilton
31 East Whittier Street
Columbus, OH  43206

Mark H Stroh
1888 Plains Blvd
Powell, OH 43065

Diane J Stroh
1888 Plains Blvd
Powell, OH 43065

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

Asst US Trustee (Col)
Office of the U.S. Trustee
170 North High Street
Suite 200
Columbus, OH  43215

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By:  /s/ Eunice Lim
     Eunice Lim
     Email: elim@rascrane.com



PO Box 24610
Oklahoma City, OK  73124-0610

April 7, 2018

MARK H STROH & DIANE J STROH
C/O KAREN E HAMILTON 31 EAST WHITTIER STREET,
COLUMBUS OH 43206

Re:  Caliber Account Number

**Changes to Your Mortgage Interest Rate and Payments on June 12, 2018.**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 036 month period during which your interest rate stayed the same, with all subsequent interest rate changes occurring every 006 months thereafter. The next adjustment date is on May 12, 2018, so on that date your interest rate and mortgage payment change. After that, your Interest rate may change every 006 months for the rest of your loan term.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 9.125% | 9.375% |
| Total Monthly Payment | $1,806.49 | $1,930.36 (Due June 12, 2018) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is 4.500% and your margin is 4.850%. The PRIME RATE is published Daily in the WALL STREET JOURNAL. Your change amount was rounded by .125%.

**Rate Limit(s):** Your rate cannot go higher than 14.850% over the life of the loan. Your rate can change at each adjustment by no more than 01.000%. If you've had a short term loan modification that lowered the interest rate below the ARM floor rate stated on the Note, the interest rate after the modification expires will adjust to the ARM floor.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the PRIME RATE index, your margin, 4.850%.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**

- Contact Caliber Home Loans, Inc. Customer Service at 800-401-6587 or www.caliberhomeloans.com as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - Refinance your loan with us or another lender.
    - Sell your home and use the proceeds to pay off your current loan.
    - Modify your loan terms with us.
    - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm , or the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp. If you would like contact information for a state housing finance agency, contact the U.S. Consumer Financial Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please contact your Customer Service Specialist at 800-401-6587 between the hours of 8:00 a.m. and 7:00 p.m. Central Time. You can also find useful information about managing your mortgage payments at our website, **www.caliberhomeloans.com**.

Sincerely,

Special Loans Department
Caliber Home Loans, Inc.

**THIS IS AN ATTEMPT BY A DEBT COLLECTOR TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Notice to Consumers presently in Bankruptcy or who have a Bankruptcy Discharge: If you are a debtor presently subject to a proceeding in Bankruptcy Court, of is you have previously been discharged from this debt be a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.