**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Mark H Stroh |
| Debtor 2 | Diane J Stroh |
| | (Spouse, if filing) |
| United States Bankruptcy Court for the SOUTHERN District of OHIO | |
| Case number 2:15-bk-50251 | |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST     **Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 2324

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 9/21/2017

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow): Escrow Forced Placed Insurance | 02/06/2019 | (9) | $1617.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Mark H Stroh</u>    Case number (if known) <u>2:15-bk-50251</u>
     Print Name   Middle Name   Last Name

**Part 2:   Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Darrelyn Thomas    Date   2/13/2019
Signature

Print    Darrelyn Shanae Thomas    Title   Bankruptcy Attorney
   First Name   Middle Name   Last Name

Company    RAS Crane, LLC

Address    10700 Abbott's Bridge Road, Suite 170
   Number   Street

   Duluth, GA 30097
   City   State   ZIP Code

Contact Phone   470-321-7112    Email   dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___February 13, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Karen E Hamilton
19 East Kossuth
Columbus, OH 43206

Mark H Stroh
Diane J Stroh
1888 Plains Blvd
Powell, OH 43065

Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

                                        RAS Crane, LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                      By: /s/ Alexis Van Zilen_____
                                            Alexis Van Zilen
                                            avzilen@rascrane.com