Fill in this information to identify the case:

Debtor 1   Mark H Stroh

Debtor 2   Diane J Stroh
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of OHIO

Case number 2:15-bk-50251

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges           12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST    Court claim no. (if known): 1-1

Last 4 digits of any number you use to identify the debtor's account: 2324

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No

■ Yes. Date of the last notice: 2/13/2019

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|   | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 2/10/2020 | (9) | $1,640.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Mark H Stroh _____ Case number (if known) 2:15-bk-50251
      Print Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darrelyn Thomas
  Signature

Date 03/03/2020

Print: Darrelyn Thomas
  First Name  Middle Name  Last Name

Title: Bankruptcy Attorney

Company: Robertson, Anschutz, Schneid & Crane LLC

Address: 10700 Abbott's Bridge Road, Suite 170
  Number  Street

Duluth, GA 30097
City  State  ZIP Code

Contact Phone: 470-321-7112

Email: dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____March 5, 2020_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

KAREN E HAMILTON
2025 SOUTH HIGH STREET
COLUMBUS, OH 43207

ASST US TRUSTEE (COL)
OFFICE OF THE US TRUSTEE
170 NORTH HIGH STREET
SUITE 200
COLUMBUS, OH 43215

FRANK M PEES
130 EAST WILSON BRIDGE ROAD
SUITE 200
WORTHINGTON , OH 43085

MARK H STROH
DIANE J STROH
1888 PLAINS BLVD
POWELL, OH 43065

        Robertson, Anschutz, Schneid & Crane LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

By: _____/s/ Claude Kamgna_____
        Claude Kamgna
        email:ckamgna@rascrane.com