**Fill in this information to identify the case:**

Debtor 1 — Mark H Stroh

Debtor 2 — Diane J Stroh
(Spouse, if filing)

United States Bankruptcy Court for the: Southern — District of Ohio
(State)

Case number — 2:15-bk-50251

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:  4  8  7  5

**Property address:** 1888 Plaines Boulevard
Number        Street

Powell                OH        43065
City                    State       ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:           $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                                      (a)  $ 1,645.31

b.  Total fees, charges, expenses, escrow, and costs outstanding:                      + (b)  $ 0.00

c.  **Total.** Add lines a and b.    Less Unapplied Payment of $937.02               (c)  $ 708.29

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     02 / 12 / 2022
MM / DD / YYYY

| Debtor 1 | Mark H Stroh | | | Case number *(if known)* 2:15-bk-50251 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Molly Slutsky Simons | Date   2 / 28 / 2022 |
|---|---|
| Signature | |

| Print | Molly Slutsky Simons | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name     Middle Name     Last Name | | |

| Company | Sottile and Barile, Attorneys at Law |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 394 Wards Corner Road, Suite 180 |
|---|---|
| | Number     Street |

| Loveland | OH | 45140 |
|---|---|---|
| City | State | ZIP Code |

| Contact phone | ( 513 ) 444 – 4100 | Email | bankruptcy@sottileandbarile.com |
|---|---|---|---|

| Stroh | | | | | | Interest Method: | Daily/ Actual | *Trustee pays Arrears and Ongoing* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan ▮▮▮▮ | | | | | | Interest Rate: | ARM | **BK Filed 01/19/2015 - Case #15-50251 | | | | | |
| | | | | | | | | | | | | | |
| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
| 01/19/2015 | | | | | | 39,639.51 | | | (41,349.69) | | 0.00 | | 0.00 | 138,260.77 |
| 01/19/2015 | 0 | 07/12/2011 thru 01/12/2015 | 58,741.62 | 58,741.62 | 0.00 | 39,639.51 | 39,639.51 | 19,102.11 | (41,349.69) | 0.00 | (58741.62) | (58741.62) | 0.00 | 119,158.66 |
| 01/19/2015 | 0 | Escrow Claimed | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36,356.63) | 4,993.06 | (63734.68) | (4993.06) | 0.00 | 119,158.66 |
| 01/19/2015 | 0 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36,356.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 119,158.66 |
| 05/05/2015 | 106 | Insurance Disb | 0.00 | 0.00 | 4,811.95 | 4,811.95 | 0.00 | 0.00 | (37,642.63) | (1,286.00) | (63734.68) | 0.00 | 0.00 | 119,158.66 |
| 05/12/2015 | 7 | **Rate Change to 8.125%** | 0.00 | 0.00 | 553.95 | 5,365.90 | 0.00 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 119,158.66 |
| 07/28/2015 | 77 | 02/12/2015 | 10,595.54 | 1,744.41 | 3,542.12 | 8,908.02 | 1,744.41 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 8,851.13 | 119,158.66 |
| 07/28/2015 | 0 | 03/12/2015 | 0.00 | 1,744.41 | 0.00 | 7,163.61 | 1,744.41 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 7,106.72 | 119,158.66 |
| 07/28/2015 | 0 | 04/12/2015 | 0.00 | 1,744.41 | 0.00 | 5,419.20 | 1,744.41 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 5,362.31 | 119,158.66 |
| 07/28/2015 | 0 | 05/12/2015 | 0.00 | 1,744.41 | 0.00 | 3,674.79 | 1,744.41 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 3,617.90 | 119,158.66 |
| 07/28/2015 | 0 | **P&I Change to $1,808.95** | 0.00 | 0.00 | 0.00 | 1,930.38 | 0.00 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 3,617.90 | 119,158.66 |
| 07/28/2015 | 0 | 06/12/2015 | 0.00 | 1,808.95 | 0.00 | 1,930.38 | 1,808.95 | 0.00 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 1,808.95 | 119,158.66 |
| 07/28/2015 | 0 | 07/12/2015 | 0.00 | 1,808.95 | 0.00 | 121.43 | 121.43 | 1,687.52 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 117,471.14 |
| 08/28/2015 | 31 | 08/12/2015 | 1,808.95 | 1,808.95 | 921.36 | 921.36 | 921.36 | 887.59 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 116,583.55 |
| 09/24/2015 | 27 | 09/12/2015 | 1,808.95 | 1,808.95 | 821.55 | 821.55 | 821.55 | 987.40 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 115,596.15 |
| 10/29/2015 | 35 | 10/12/2015 | 1,808.95 | 1,808.95 | 1,005.92 | 1,005.92 | 1,005.92 | 803.03 | (37,642.63) | 0.00 | (63734.68) | 0.00 | 0.00 | 114,793.12 |
| 10/29/2015 | 0 | Arrears | 2,685.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (37,642.63) | 0.00 | (61049.05) | 2685.63 | 0.00 | 114,793.12 |
| 11/25/2015 | 27 | Arrears | 6,875.41 | 0.00 | 789.64 | 789.64 | 0.00 | 0.00 | (37,642.63) | 0.00 | (54173.64) | 6875.41 | 0.00 | 114,793.12 |
| 11/25/2015 | 0 | 11/12/2015 | 1,808.95 | 1,808.95 | 0.00 | 789.64 | 789.64 | 1,019.31 | (37,642.63) | 0.00 | (54173.64) | 0.00 | 0.00 | 113,773.81 |
| 11/25/2015 | 0 | **P&I Change to $1,881.43** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (37,642.63) | 0.00 | (54173.64) | 0.00 | 0.00 | 113,773.81 |
| 12/24/2015 | 29 | Arrears | 374.57 | 0.00 | 925.93 | 925.93 | 0.00 | 0.00 | (37,642.63) | 0.00 | (53799.07) | 374.57 | 0.00 | 113,773.81 |
| 12/24/2015 | 0 | 12/12/2015 | 1,881.43 | 1,881.43 | 0.00 | 925.93 | 925.93 | 955.50 | (37,642.63) | 0.00 | (53799.07) | 0.00 | 0.00 | 112,818.31 |
| 01/25/2016 | 32 | Arrears | 5,477.33 | 0.00 | 955.59 | 955.59 | 0.00 | 0.00 | (37,642.63) | 0.00 | (48321.74) | 5477.33 | 0.00 | 112,818.31 |
| 01/25/2016 | 0 | 01/12/2016 | 1,881.43 | 1,881.43 | 0.00 | 955.59 | 955.59 | 925.84 | (37,642.63) | 0.00 | (48321.74) | 0.00 | 0.00 | 111,892.47 |
| 02/23/2016 | 29 | Arrears | 374.57 | 0.00 | 822.32 | 822.32 | 0.00 | 0.00 | (37,642.63) | 0.00 | (47947.17) | 374.57 | 0.00 | 111,892.47 |
| 02/23/2016 | 0 | 02/12/2016 | 1,881.43 | 1,881.43 | 0.00 | 822.32 | 822.32 | 1,059.11 | (37,642.63) | 0.00 | (47947.17) | 0.00 | 0.00 | 110,833.36 |
| 03/22/2016 | 28 | Arrears | 4,886.57 | 0.00 | 721.59 | 721.59 | 0.00 | 0.00 | (37,642.63) | 0.00 | (43060.60) | 4886.57 | 0.00 | 110,833.36 |
| 03/22/2016 | 0 | 03/12/2016 | 1,881.43 | 1,881.43 | 0.00 | 721.59 | 721.59 | 1,159.84 | (37,642.63) | 0.00 | (43060.60) | 0.00 | 0.00 | 109,673.52 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/26/2016 | 35 | Arrears | 2,630.57 | 0.00 | 954.48 | 954.48 | 0.00 | 0.00 | (37,642.63) | 0.00 | (40430.03) | 2630.57 | 0.00 | 109,673.52 |
| 04/26/2016 | 0 | 04/12/2016 | 1,881.43 | 1,881.43 | 0.00 | 954.48 | 954.48 | 926.95 | (37,642.63) | 0.00 | (40430.03) | 0.00 | 0.00 | 108,746.57 |
| 05/05/2016 | 9 | Insurance Disb | 0.00 | 0.00 | 351.48 | 351.48 | 0.00 | 0.00 | (38,942.63) | (1,300.00) | (40430.03) | 0.00 | 0.00 | 108,746.57 |
| 05/12/2016 | 7 | **Rate Change to 8.375%** | 0.00 | 0.00 | 221.50 | 572.98 | 0.00 | 0.00 | (38,942.63) | 0.00 | (40430.03) | 0.00 | 0.00 | 108,746.57 |
| 05/23/2016 | 11 | 05/12/2016 | 1,881.43 | 1,881.43 | 389.30 | 962.28 | 962.28 | 919.15 | (38,942.63) | 0.00 | (40430.03) | 0.00 | 0.00 | 107,827.42 |
| 05/23/2016 | 0 | **P&I Change to $1,494.65** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (40430.03) | 0.00 | 0.00 | 107,827.42 |
| 05/23/2016 | 0 | Arrears | 2,630.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (37799.46) | 2630.57 | 0.00 | 107,827.42 |
| 06/27/2016 | 35 | 06/12/2016 | 1,494.65 | 1,494.65 | 955.14 | 955.14 | 955.14 | 539.51 | (38,942.63) | 0.00 | (37799.46) | 0.00 | 0.00 | 107,287.91 |
| 06/27/2016 | 0 | Arrears | 3,017.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (34782.11) | 3017.35 | 0.00 | 107,287.91 |
| 07/27/2016 | 30 | 07/12/2016 | 1,494.65 | 1,494.65 | 821.90 | 821.90 | 821.90 | 672.75 | (38,942.63) | 0.00 | (34782.11) | 0.00 | 0.00 | 106,615.16 |
| 07/27/2016 | 0 | Arrears | 2,693.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (32088.76) | 2693.35 | 0.00 | 106,615.16 |
| 08/24/2016 | 28 | 08/12/2016 | 1,494.65 | 1,494.65 | 750.32 | 750.32 | 750.32 | 744.33 | (38,942.63) | 0.00 | (32088.76) | 0.00 | 0.00 | 105,870.83 |
| 08/24/2016 | 0 | Arrears | 737.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (31351.41) | 737.35 | 0.00 | 105,870.83 |
| 09/27/2016 | 34 | 09/12/2016 | 1,494.65 | 1,494.65 | 925.16 | 925.16 | 925.16 | 569.49 | (38,942.63) | 0.00 | (31351.41) | 0.00 | 0.00 | 105,301.34 |
| 09/27/2016 | 0 | Arrears | 5,201.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (26150.06) | 5201.35 | 0.00 | 105,301.34 |
| 10/27/2016 | 30 | 10/12/2016 | 1,494.65 | 1,494.65 | 899.33 | 899.33 | 899.33 | 595.32 | (38,942.63) | 0.00 | (26150.06) | 0.00 | 0.00 | 104,706.02 |
| 10/27/2016 | 0 | Arrears | 2,969.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (23180.71) | 2969.35 | 0.00 | 104,706.02 |
| 11/29/2016 | 33 | 11/12/2016 | 1,494.65 | 1,494.65 | 845.07 | 845.07 | 845.07 | 649.58 | (38,942.63) | 0.00 | (23180.71) | 0.00 | 0.00 | 104,056.44 |
| 11/29/2016 | 0 | **P&I Change to $1,519.20** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (23180.71) | 0.00 | 0.00 | 104,056.44 |
| 11/29/2016 | 0 | Arrears | 2,969.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,942.63) | 0.00 | (20211.36) | 2969.35 | 0.00 | 104,056.44 |
| 12/23/2016 | 24 | Partial Payment | 1,494.65 | 0.00 | 733.27 | 733.27 | 0.00 | 0.00 | (38,942.63) | 0.00 | (20211.36) | 0.00 | 1,494.65 | 104,056.44 |
| 12/23/2016 | 0 | Arrears | 2,969.35 | 0.00 | 0.00 | 733.27 | 0.00 | 0.00 | (38,942.63) | 0.00 | (17242.01) | 2969.35 | 1,494.65 | 104,056.44 |
| 01/24/2017 | 32 | 12/12/2016 | 1,494.65 | 1,519.20 | 864.03 | 1,597.30 | 1,519.20 | 0.00 | (38,942.63) | 0.00 | (17242.01) | 0.00 | 1,470.10 | 104,056.44 |
| 01/24/2017 | 0 | Arrears | 5,201.35 | 0.00 | 0.00 | 78.10 | 0.00 | 0.00 | (38,942.63) | 0.00 | (12040.66) | 5201.35 | 1,470.10 | 104,056.44 |
| 01/26/2017 | 2 | **Agreed Order added Escrow Shortage to Plan - Total of $40,239.69** | 0.00 | 0.00 | 147.75 | 225.85 | 0.00 | 0.00 | (38,942.63) | 0.00 | (12040.66) | 0.00 | 1,470.10 | 104,056.44 |
| 02/16/2017 | 21 | Arrears | 152.86 | 0.00 | 733.90 | 959.75 | 0.00 | 0.00 | (38,942.63) | 0.00 | (11887.80) | 152.86 | 1,470.10 | 104,056.44 |
| 02/16/2017 | 0 | 01/12/2017 | 1,568.30 | 1,519.20 | 0.00 | 959.75 | 959.75 | 559.45 | (38,942.63) | 0.00 | (11887.80) | 0.00 | 1,519.20 | 103,496.99 |
| 02/16/2017 | 0 | 02/12/2017 | 0.00 | 1,519.20 | 0.00 | 0.00 | 0.00 | 1,519.20 | (38,942.63) | 0.00 | (11887.80) | 0.00 | 0.00 | 101,977.79 |
| 02/16/2017 | 0 | Escrow Pmt per AO | 510.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (38,431.79) | 510.84 | (11887.80) | 0.00 | 0.00 | 101,977.79 |
| 02/21/2017 | 5 | Insurance Refund | 317.00 | 0.00 | 450.70 | 450.70 | 0.00 | 0.00 | (38,114.79) | 317.00 | (11887.80) | 0.00 | 0.00 | 101,977.79 |
| 03/23/2017 | 30 | Arrears | 453.66 | 0.00 | 933.21 | 1,383.91 | 0.00 | 0.00 | (38,114.79) | 0.00 | (11434.14) | 453.66 | 0.00 | 101,977.79 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/2017 | 0 | 03/12/2017 | 1,519.20 | 1,519.20 | 0.00 | 1,383.91 | 1,383.91 | 135.29 | (38,114.79) | 0.00 | (11434.14) | 0.00 | 0.00 | 101,842.50 |
| 03/23/2017 | 0 | Escrow Pmt per AO | 1,516.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (36,598.65) | 1,516.14 | (11434.14) | 0.00 | 0.00 | 101,842.50 |
| 04/14/2017 | 22 | Insurance Disb | 0.00 | 0.00 | 833.06 | 833.06 | 0.00 | 0.00 | (37,961.65) | (1,363.00) | (11434.14) | 0.00 | 0.00 | 101,842.50 |
| 04/25/2017 | 11 | 04/12/2017 | 1,519.20 | 1,519.20 | 688.73 | 1,521.79 | 1,519.20 | 0.00 | (37,961.65) | 0.00 | (11434.14) | 0.00 | 0.00 | 101,842.50 |
| 04/25/2017 | 0 | Arrears | 678.22 | 0.00 | 0.00 | 2.59 | 0.00 | 0.00 | (37,961.65) | 0.00 | (10755.92) | 678.22 | 0.00 | 101,842.50 |
| 04/25/2017 | 0 | Escrow Pmt per AO | 2,266.58 | 0.00 | 0.00 | 2.59 | 0.00 | 0.00 | (35,695.07) | 2,266.58 | (10755.92) | 0.00 | 0.00 | 101,842.50 |
| 05/12/2017 | 17 | **Rate Change to 8.875%** | 0.00 | 0.00 | 599.69 | 602.28 | 0.00 | 0.00 | (35,695.07) | 0.00 | (10755.92) | 0.00 | 0.00 | 101,842.50 |
| 05/23/2017 | 11 | Arrears | 678.22 | 0.00 | 550.29 | 1,152.57 | 0.00 | 0.00 | (35,695.07) | 0.00 | (10077.70) | 678.22 | 0.00 | 101,842.50 |
| 05/23/2017 | 0 | Escrow Pmt per AO | 2,266.58 | 0.00 | 0.00 | 1,152.57 | 0.00 | 0.00 | (33,428.49) | 2,266.58 | (10077.70) | 0.00 | 0.00 | 101,842.50 |
| 05/23/2017 | 0 | 05/12/2017 | 1,519.20 | 1,519.20 | 0.00 | 1,152.57 | 1,152.57 | 366.63 | (33,428.49) | 0.00 | (10077.70) | 0.00 | 0.00 | 101,475.87 |
| 05/23/2017 | 0 | **P&I Change to $1,671.27** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (33,428.49) | 0.00 | (10077.70) | 0.00 | 0.00 | 101,475.87 |
| 06/26/2017 | 34 | Escrow Pmt per AO | 2,266.59 | 0.00 | 1,050.31 | 1,050.31 | 0.00 | 0.00 | (31,161.90) | 2,266.59 | (10077.70) | 0.00 | 0.00 | 101,475.87 |
| 07/21/2017 | 25 | Partial Payment | 1,519.20 | 0.00 | 998.37 | 2,048.68 | 0.00 | 0.00 | (31,161.90) | 0.00 | (10077.70) | 0.00 | 1,519.20 | 101,475.87 |
| 07/21/2017 | 0 | Arrears | 678.21 | 0.00 | 0.00 | 2,048.68 | 0.00 | 0.00 | (31,161.90) | 0.00 | (9399.49) | 678.21 | 1,519.20 | 101,475.87 |
| 07/25/2017 | 4 | 06/12/2017 | 1,519.20 | 1,671.27 | 228.99 | 2,277.67 | 1,671.27 | 0.00 | (31,161.90) | 0.00 | (9399.49) | 0.00 | 1,367.13 | 101,475.87 |
| 07/25/2017 | 0 | Arrears | 678.22 | 0.00 | 0.00 | 606.40 | 0.00 | 0.00 | (31,161.90) | 0.00 | (8721.27) | 678.22 | 1,367.13 | 101,475.87 |
| 07/25/2017 | 0 | Escrow Pmt per AO | 2,266.58 | 0.00 | 0.00 | 606.40 | 0.00 | 0.00 | (28,895.31) | 2,266.59 | (8721.27) | 0.00 | 1,367.12 | 101,475.87 |
| 08/28/2017 | 34 | 07/12/2017 | 1,519.20 | 1,671.27 | 987.51 | 1,593.91 | 1,593.91 | 77.36 | (28,895.31) | 0.00 | (8721.27) | 0.00 | 1,215.05 | 101,398.51 |
| 08/28/2017 | 0 | Arrears | 1,706.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (28,895.31) | 0.00 | (7014.95) | 1706.32 | 1,215.05 | 101,398.51 |
| 08/28/2017 | 0 | Escrow Pmt per AO | 5,702.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (23,192.83) | 5,702.48 | (7014.95) | 0.00 | 1,215.05 | 101,398.51 |
| 09/21/2017 | 24 | **PPFN Filed for Insurance Disb** | 0.00 | 0.00 | 720.88 | 720.88 | 0.00 | 0.00 | (23,192.83) | 0.00 | (7014.95) | 0.00 | 1,215.05 | 101,398.51 |
| 09/25/2017 | 4 | 08/12/2017 | 1,519.20 | 1,671.27 | 220.93 | 941.81 | 941.81 | 729.46 | (23,192.83) | 0.00 | (7014.95) | 0.00 | 1,062.98 | 100,669.05 |
| 09/25/2017 | 0 | Arrears | 164.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (23,192.83) | 0.00 | (6850.79) | 164.16 | 1,062.98 | 100,669.05 |
| 09/25/2017 | 0 | Escrow Pmt per AO | 548.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (22,544.19) | 648.64 | (6850.79) | 0.00 | 962.98 | 100,669.05 |
| 10/27/2017 | 32 | PPFN Pmt to Escrow | 122.36 | 0.00 | 899.38 | 899.38 | 0.00 | 0.00 | (22,421.83) | 122.36 | (6850.79) | 0.00 | 962.98 | 100,669.05 |
| 10/27/2017 | 0 | Arrears | 615.01 | 0.00 | 0.00 | 899.38 | 0.00 | 0.00 | (22,421.83) | 0.00 | (6235.78) | 615.01 | 962.98 | 100,669.05 |
| 10/27/2017 | 0 | 09/12/2017 | 1,671.27 | 1,671.27 | 0.00 | 899.38 | 899.38 | 771.89 | (22,421.83) | 0.00 | (6235.78) | 0.00 | 962.98 | 99,897.16 |
| 10/27/2017 | 0 | Escrow Pmt per AO | 2,055.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,366.47) | 2,055.36 | (6235.78) | 0.00 | 962.98 | 99,897.16 |
| 11/12/2017 | 16 | **Rate Change to 9.125%** | 0.00 | 0.00 | 755.32 | 755.32 | 0.00 | 0.00 | (20,366.47) | 0.00 | (6235.78) | 0.00 | 962.98 | 99,897.16 |
| 11/21/2017 | 9 | 10/12/2017 | 1,671.27 | 1,671.27 | 452.07 | 1,207.39 | 1,207.39 | 463.88 | (20,366.47) | 0.00 | (6235.78) | 0.00 | 962.98 | 99,433.28 |
| 11/21/2017 |  | Arrears | 615.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (20,366.47) | 0.00 | (5620.77) | 615.01 | 962.98 | 99,433.28 |
| 11/21/2017 |  | Escrow Pmt per AO | 2,055.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,311.11) | 2,055.36 | (5620.77) | 0.00 | 962.98 | 99,433.28 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/21/2017 | | PPFN Pmt to Escrow | 122.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,188.75) | 122.36 | (5620.77) | 0.00 | 962.98 | 99,433.28 |
| 12/29/2017 | 38 | 11/12/2017 | 1,806.49 | 1,671.27 | 1,189.32 | 1,189.32 | 1,189.32 | 481.95 | (18,188.75) | 0.00 | (5620.77) | 0.00 | 1,098.20 | 98,951.33 |
| 12/29/2017 | 0 | **P&I Change to $1,806.49** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,188.75) | 0.00 | (5620.77) | 0.00 | 1,098.20 | 98,951.33 |
| 12/29/2017 | 0 | Arrears | 585.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (18,188.75) | 0.00 | (5035.54) | 585.23 | 1,098.20 | 98,951.33 |
| 12/29/2017 | 0 | Escrow Pmt per AO | 1,955.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,232.91) | 1,955.84 | (5035.54) | 0.00 | 1,098.20 | 98,951.33 |
| 12/29/2017 | 0 | PPFN Pmt to Escrow | 116.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,116.47) | 116.44 | (5035.54) | 0.00 | 1,098.20 | 98,951.33 |
| 01/22/2018 | 24 | 12/12/2017 | 1,806.49 | 1,806.49 | 821.71 | 821.71 | 821.71 | 984.78 | (16,116.47) | 0.00 | (5035.54) | 0.00 | 1,098.20 | 97,966.55 |
| 01/22/2018 | 0 | Arrears | 585.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (16,116.47) | 0.00 | (4450.31) | 585.23 | 1,098.20 | 97,966.55 |
| 01/22/2018 | 0 | Escrow Pmt per AO | 1,955.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,160.63) | 1,955.84 | (4450.31) | 0.00 | 1,098.20 | 97,966.55 |
| 01/22/2018 | 0 | PPFN Pmt to Escrow | 116.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (14,044.20) | 116.43 | (4450.31) | 0.00 | 1,098.20 | 97,966.55 |
| 02/05/2018 | 14 | Insurance Disb | 0.00 | 0.00 | 550.28 | 550.28 | 0.00 | 0.00 | (15,421.20) | (1,377.00) | (4450.31) | 0.00 | 1,098.20 | 97,966.55 |
| 02/27/2018 | 22 | 01/12/2018 | 1,806.49 | 1,806.49 | 899.02 | 1,449.30 | 1,449.30 | 357.19 | (15,421.20) | 0.00 | (4450.31) | 0.00 | 1,098.20 | 97,609.36 |
| 02/27/2018 | 0 | Arrears | 1,076.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,421.20) | 0.00 | (3373.55) | 1076.76 | 1,098.20 | 97,609.36 |
| 02/27/2018 | 0 | PPFN Pmt to Escrow | 214.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (15,206.97) | 214.23 | (3373.55) | 0.00 | 1,098.20 | 97,609.36 |
| 02/27/2018 | 0 | Escrow Pmt per AO | 3,598.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,608.44) | 3,598.53 | (3373.55) | 0.00 | 1,098.20 | 97,609.36 |
| 03/26/2018 | 27 | 02/12/2018 | 1,806.49 | 1,806.49 | 889.78 | 889.78 | 889.78 | 916.71 | (11,608.44) | 0.00 | (3373.55) | 0.00 | 1,098.20 | 96,692.65 |
| 03/26/2018 | 0 | Arrears | 585.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (11,608.44) | 0.00 | (2788.32) | 585.23 | 1,098.20 | 96,692.65 |
| 03/26/2018 | 0 | Escrow Pmt per AO | 1,955.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9,652.60) | 1,955.84 | (2788.32) | 0.00 | 1,098.20 | 96,692.65 |
| 03/26/2018 | 0 | PPFN Pmt to Escrow | 116.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (9,536.17) | 116.43 | (2788.32) | 0.00 | 1,098.20 | 96,692.65 |
| 04/09/2018 | 14 | Insurance Disb | 0.00 | 0.00 | 520.78 | 520.78 | 0.00 | 0.00 | (12,276.17) | (2,740.00) | (2788.32) | 0.00 | 1,098.20 | 96,692.65 |
| 04/23/2018 | 14 | 03/12/2018 | 1,806.49 | 1,806.49 | 655.56 | 1,176.34 | 1,176.34 | 630.15 | (12,276.17) | 0.00 | (2788.32) | 0.00 | 1,098.20 | 96,062.50 |
| 04/23/2018 | 0 | Arrears | 585.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (12,276.17) | 0.00 | (2203.08) | 585.24 | 1,098.20 | 96,062.50 |
| 04/23/2018 | 0 | Escrow Pmt per AO | 1,955.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,320.32) | 1,955.85 | (2203.08) | 0.00 | 1,098.20 | 96,062.50 |
| 04/23/2018 | 0 | PPFN Pmt to Escrow | 116.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,203.88) | 116.44 | (2203.08) | 0.00 | 1,098.20 | 96,062.50 |
| 05/12/2018 | 19 | **Rate Change to 9.375%** | 0.00 | 0.00 | 780.21 | 780.21 | 0.00 | 0.00 | (10,203.88) | 0.00 | (2203.08) | 0.00 | 1,098.20 | 96,062.50 |
| 05/21/2018 | 9 | 04/12/2018 | 1,806.49 | 1,806.49 | 489.77 | 1,269.98 | 1,269.98 | 536.51 | (10,203.88) | 0.00 | (2203.08) | 0.00 | 1,098.20 | 95,525.99 |
| 05/21/2018 | 0 | Arrears | 585.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,203.88) | 0.00 | (1617.85) | 585.23 | 1,098.20 | 95,525.99 |
| 05/21/2018 | 0 | PPFN Pmt to Escrow | 116.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (10,087.45) | 116.43 | (1617.85) | 0.00 | 1,098.20 | 95,525.99 |
| 05/21/2018 | 0 | Escrow Pmt per AO | 1,955.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (8,131.62) | 1,955.83 | (1617.85) | 0.00 | 1,098.20 | 95,525.99 |
| 06/26/2018 | 36 | 05/12/2018 | 1,930.36 | 1,806.49 | 999.73 | 999.73 | 999.73 | 806.76 | (8,131.62) | 0.00 | (1617.85) | 0.00 | 1,222.07 | 94,719.23 |
| 06/26/2018 | 0 | **P&I Change to $1,930.36** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (8,131.62) | 0.00 | (1617.85) | 0.00 | 1,222.07 | 94,719.23 |
| 06/26/2018 | 0 | PPFN Pmt to Escrow | 111.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (8,020.61) | 111.01 | (1617.85) | 0.00 | 1,222.07 | 94,719.23 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/26/2018 | 0 | Escrow Pmt per AO | 1,864.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,155.93) | 1,864.68 | (1617.85) | 0.00 | 1,222.07 | 94,719.23 |
| 06/26/2018 | 0 | Arrears | 557.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (6,155.93) | 0.00 | (1059.89) | 557.96 | 1,222.07 | 94,719.23 |
| 07/26/2018 | 30 | Arrears | 573.81 | 0.00 | 933.15 | 933.15 | 0.00 | 0.00 | (6,155.93) | 0.00 | (486.08) | 573.81 | 1,222.07 | 94,719.23 |
| 07/26/2018 | 0 | 06/12/2018 | 1,930.36 | 1,930.36 | 0.00 | 933.15 | 933.15 | 997.21 | (6,155.93) | 0.00 | (486.08) | 0.00 | 1,222.07 | 93,722.02 |
| 07/26/2018 | 0 | Escrow Pmt per AO | 1,917.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,238.26) | 1,917.67 | (486.08) | 0.00 | 1,222.07 | 93,722.02 |
| 07/26/2018 | 0 | PPFN Pmt to Escrow | 114.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (4,124.10) | 114.16 | (486.08) | 0.00 | 1,222.07 | 93,722.02 |
| 08/21/2018 | 26 | PPFN Pmt to Escrow | 96.71 | 0.00 | 850.96 | 850.96 | 0.00 | 0.00 | (4,027.39) | 96.71 | (486.08) | 0.00 | 1,222.07 | 93,722.02 |
| 08/22/2018 | 1 | Arrears | 486.08 | 0.00 | 124.07 | 975.03 | 0.00 | 0.00 | (4,027.39) | 0.00 | (0.00) | 486.08 | 1,222.07 | 93,722.02 |
| 08/22/2018 | 0 | 07/12/2018 | 1,930.36 | 1,930.36 | 0.00 | 975.03 | 975.03 | 955.33 | (4,027.39) | 0.00 | (0.00) | 0.00 | 1,222.07 | 92,766.69 |
| 08/22/2018 | 0 | Escrow Pmt per AO | 1,624.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,402.93) | 1,624.46 | (0.00) | 0.00 | 1,222.07 | 92,766.69 |
| 09/27/2018 | 36 | 08/12/2018 | 1,930.36 | 1,930.36 | 1,033.73 | 1,033.73 | 1,033.73 | 896.63 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,222.07 | 91,870.06 |
| 10/23/2018 | 26 | 09/12/2018 | 1,930.36 | 1,930.36 | 855.15 | 855.15 | 855.15 | 1,075.21 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,222.07 | 90,794.85 |
| 11/12/2018 | 20 | Rate Change to 10.125% | 0.00 | 0.00 | 728.71 | 728.71 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,222.07 | 90,794.85 |
| 11/27/2018 | 15 | 10/12/2018 | 1,930.36 | 1,930.36 | 512.50 | 1,241.21 | 1,241.21 | 689.15 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,222.07 | 90,105.70 |
| 12/24/2018 | 27 | 11/12/2018 | 2,041.20 | 1,930.36 | 988.14 | 988.14 | 988.14 | 942.22 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 89,163.48 |
| 12/24/2018 | 0 | P&I Change to $2,041.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 89,163.48 |
| 01/23/2019 | 30 | 12/12/2018 | 2,041.20 | 2,041.20 | 916.21 | 916.21 | 916.21 | 1,124.99 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 88,038.49 |
| 02/04/2019 | 12 | Insurance Disb | 0.00 | 0.00 | 393.06 | 393.06 | 0.00 | 0.00 | (4,019.93) | (1,617.00) | (0.00) | 0.00 | 1,332.91 | 88,038.49 |
| 02/13/2019 | 9 | PPFN Filed for Insurance Disb | 0.00 | 0.00 | 319.79 | 712.85 | 0.00 | 0.00 | (4,019.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 88,038.49 |
| 02/26/2019 | 13 | 01/12/2019 | 2,041.20 | 2,041.20 | 605.94 | 1,318.79 | 1,318.79 | 722.41 | (4,019.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 87,316.08 |
| 03/29/2019 | 31 | 02/12/2019 | 2,041.20 | 2,041.20 | 820.86 | 820.86 | 820.86 | 1,220.34 | (4,019.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 86,095.74 |
| 03/29/2019 | 0 | PPFN Pmt to Escrow | 1,617.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,402.93) | 1,617.00 | (0.00) | 0.00 | 1,332.91 | 86,095.74 |
| 04/29/2019 | 31 | 03/12/2019 | 2,041.20 | 2,041.20 | 909.24 | 909.24 | 909.24 | 1,131.96 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 84,963.78 |
| 05/12/2019 | 13 | Rate Change to 10.375% | 0.00 | 0.00 | 500.21 | 500.21 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 84,963.78 |
| 05/23/2019 | 11 | 04/12/2019 | 2,041.20 | 2,041.20 | 454.03 | 954.24 | 954.24 | 1,086.96 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,332.91 | 83,876.82 |
| 06/28/2019 | 36 | 05/12/2019 | 2,052.05 | 2,041.20 | 918.19 | 918.19 | 918.19 | 1,123.01 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 82,753.81 |
| 06/28/2019 | 0 | P&I Change to $2,052.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 82,753.81 |
| 07/29/2019 | 31 | 06/12/2019 | 2,052.05 | 2,052.05 | 894.66 | 894.66 | 894.66 | 1,157.39 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 81,596.42 |
| 08/31/2019 | 33 | 07/12/2019 | 2,052.05 | 2,052.05 | 927.68 | 927.68 | 927.68 | 1,124.37 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 80,472.05 |
| 09/25/2019 | 25 | 08/12/2019 | 2,052.05 | 2,052.05 | 742.57 | 742.57 | 742.57 | 1,309.48 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 79,162.57 |
| 10/30/2019 | 35 | 09/12/2019 | 2,052.05 | 2,052.05 | 945.87 | 945.87 | 945.87 | 1,106.18 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 78,056.39 |
| 11/12/2019 | 13 | Rate Change to 10.125% | 0.00 | 0.00 | 465.61 | 465.61 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 78,056.39 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2019 | 18 | 10/12/2019 | 2,052.05 | 2,052.05 | 468.18 | 933.79 | 933.79 | 1,118.26 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,343.76 | 76,938.13 |
| 12/27/2019 | 27 | 11/12/2019 | 2,038.33 | 2,052.05 | 676.25 | 676.25 | 676.25 | 1,375.80 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 75,562.33 |
| 12/27/2019 | 0 | **P&I Change to $2,038.33** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 75,562.33 |
| 01/22/2020 | 26 | 12/12/2019 | 2,038.33 | 2,038.33 | 544.00 | 544.00 | 544.00 | 1,494.33 | (2,402.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 74,068.00 |
| 02/05/2020 | 14 | Insurance Disb | 0.00 | 0.00 | 545.36 | 545.36 | 0.00 | 0.00 | (4,042.93) | (1,640.00) | (0.00) | 0.00 | 1,330.04 | 74,068.00 |
| 02/24/2020 | 19 | 01/12/2020 | 2,038.33 | 2,038.33 | 490.68 | 1,036.04 | 1,036.04 | 1,002.29 | (4,042.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 73,065.71 |
| 03/05/2020 | 10 | **PPFN Filed for Insurance Disb** | 0.00 | 0.00 | 302.68 | 302.68 | 0.00 | 0.00 | (4,042.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 73,065.71 |
| 03/26/2020 | 21 | 02/12/2020 | 2,038.33 | 2,038.33 | 497.62 | 800.30 | 800.30 | 1,238.03 | (4,042.93) | 0.00 | (0.00) | 0.00 | 1,330.04 | 71,827.68 |
| 04/20/2020 | 25 | 03/12/2020 | 1,654.98 | 2,038.33 | 663.99 | 663.99 | 663.99 | 1,374.34 | (4,042.93) | 0.00 | (0.00) | 0.00 | 946.69 | 70,453.34 |
| 04/23/2020 | 3 | Insurance Refund | 2,402.93 | 0.00 | 204.45 | 204.45 | 0.00 | 0.00 | (1,640.00) | 2,402.93 | (0.00) | 0.00 | 946.69 | 70,453.34 |
| **05/04/2020** | **11** | **Loan Transferred to SN** | **0.00** | **0.00** | **314.98** | **519.43** | **0.00** | **0.00** | **(1,640.00)** | **0.00** | **(0.00)** | **0.00** | **946.69** | **70,453.34** |
| 05/12/2020 | 8 | **Rate Change to 9.625%** | 0.00 | 0.00 | 248.63 | 768.06 | 0.00 | 0.00 | (1,640.00) | 0.00 | (0.00) | 0.00 | 946.69 | 70,453.34 |
| 05/19/2020 | 7 | PPFN Pmt to Escrow | 181.72 | 0.00 | 230.05 | 998.11 | 0.00 | 0.00 | (1,458.28) | 181.72 | (0.00) | 0.00 | 946.69 | 70,453.34 |
| 05/29/2020 | 10 | 04/12/2020 | 2,421.68 | 2,038.33 | 372.54 | 1,370.65 | 1,370.65 | 667.68 | (1,458.28) | 0.00 | (0.00) | 0.00 | 1,330.04 | 69,785.66 |
| 06/29/2020 | 31 | 05/12/2020 | 2,017.66 | 2,038.33 | 725.04 | 725.04 | 725.04 | 1,313.29 | (1,458.28) | 0.00 | (0.00) | 0.00 | 1,309.37 | 68,472.37 |
| 06/29/2020 | 0 | **P&I Change to $2,017.66** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,458.28) | 0.00 | (0.00) | 0.00 | 1,309.37 | 68,472.37 |
| 06/29/2020 | 0 | PPFN Pmt to Escrow | 1,458.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,458.28 | (0.00) | 0.00 | 1,309.37 | 68,472.37 |
| 08/05/2020 | 37 | FPI | 0.00 | 0.00 | 812.88 | 812.88 | 0.00 | 0.00 | (212.59) | (212.59) | (0.00) | 0.00 | 1,309.37 | 68,472.37 |
| 08/27/2020 | 22 | 06/12/2020 | 4,035.32 | 2,017.66 | 646.61 | 1,459.49 | 1,459.49 | 558.17 | (212.59) | 0.00 | (0.00) | 0.00 | 3,327.03 | 67,914.20 |
| 08/27/2020 | 0 | 07/12/2020 | 0.00 | 2,017.66 | 0.00 | 0.00 | 0.00 | 2,017.66 | (212.59) | 0.00 | (0.00) | 0.00 | 1,309.37 | 65,896.54 |
| 09/03/2020 | 7 | FPI | 0.00 | 0.00 | 212.41 | 212.41 | 0.00 | 0.00 | (278.76) | (66.17) | (0.00) | 0.00 | 1,309.37 | 65,896.54 |
| 09/25/2020 | 22 | Partial Payment | 20.98 | 0.00 | 482.29 | 694.70 | 0.00 | 0.00 | (278.76) | 0.00 | (0.00) | 0.00 | 1,330.35 | 65,896.54 |
| 10/01/2020 | 6 | FPI | 0.00 | 0.00 | 204.26 | 898.96 | 0.00 | 0.00 | (344.93) | (66.17) | (0.00) | 0.00 | 1,330.35 | 65,896.54 |
| 10/31/2020 | 30 | 08/12/2020 | 4,014.34 | 2,017.66 | 674.32 | 1,573.28 | 1,573.28 | 444.38 | (344.93) | 0.00 | (0.00) | 0.00 | 3,327.03 | 65,452.16 |
| 10/31/2020 | 0 | 09/12/2020 | 0.00 | 2,017.66 | 0.00 | 0.00 | 0.00 | 2,017.66 | (344.93) | 0.00 | (0.00) | 0.00 | 1,309.37 | 63,434.50 |
| 11/05/2020 | 5 | FPI | 0.00 | 0.00 | 183.64 | 183.64 | 0.00 | 0.00 | (408.69) | (63.76) | (0.00) | 0.00 | 1,309.37 | 63,434.50 |
| 11/12/2020 | 7 | **Rate Change to 8.625%** | 0.00 | 0.00 | 204.93 | 388.57 | 0.00 | 0.00 | (408.69) | 0.00 | (0.00) | 0.00 | 1,309.37 | 63,434.50 |
| 11/27/2020 | 15 | 10/12/2020 | 2,017.66 | 2,017.66 | 302.21 | 690.78 | 690.78 | 1,326.88 | (408.69) | 0.00 | (0.00) | 0.00 | 1,309.37 | 62,107.62 |
| 12/04/2020 | 7 | FPI | 0.00 | 0.00 | 102.73 | 102.73 | 0.00 | 0.00 | (471.15) | (62.46) | (0.00) | 0.00 | 1,309.37 | 62,107.62 |
| 01/06/2021 | 33 | FPI | 0.00 | 0.00 | 432.81 | 535.54 | 0.00 | 0.00 | (533.61) | (62.46) | (0.00) | 0.00 | 1,309.37 | 62,107.62 |
| 01/28/2021 | 22 | 11/12/2020 | 2,160.00 | 2,017.66 | 388.54 | 924.08 | 924.08 | 1,093.58 | (533.61) | 0.00 | (0.00) | 0.00 | 1,451.71 | 61,014.04 |
| 01/28/2021 | 0 | **P&I Change to $1,554.91** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (533.61) | 0.00 | (0.00) | 0.00 | 1,451.71 | 61,014.04 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2021 | 6 | FPI | 0.00 | 0.00 | 86.51 | 86.51 | 0.00 | 0.00 | (595.27) | (61.66) | (0.00) | 0.00 | 1,451.71 | 61,014.04 |
| 03/05/2021 | 30 | FPI | 0.00 | 0.00 | 485.64 | 572.15 | 0.00 | 0.00 | (656.93) | (61.66) | (0.00) | 0.00 | 1,451.71 | 61,014.04 |
| 03/25/2021 | 20 | 12/12/2020 | 2,160.00 | 1,554.91 | 357.09 | 929.24 | 929.24 | 625.67 | (656.93) | 0.00 | (0.00) | 0.00 | 2,056.80 | 60,388.37 |
| 03/25/2021 | 0 | 01/12/2021 | 0.00 | 1,554.91 | 0.00 | 0.00 | 0.00 | 1,554.91 | (656.93) | 0.00 | (0.00) | 0.00 | 501.89 | 58,833.46 |
| 04/02/2021 | 8 | FPI | 0.00 | 0.00 | 111.22 | 111.22 | 0.00 | 0.00 | (715.89) | (58.96) | (0.00) | 0.00 | 501.89 | 58,833.46 |
| 05/03/2021 | 31 | FPI | 0.00 | 0.00 | 482.45 | 593.67 | 0.00 | 0.00 | (774.85) | (58.96) | (0.00) | 0.00 | 501.89 | 58,833.46 |
| 05/04/2021 | 1 | 02/12/2021 | 3,454.55 | 1,554.91 | 13.90 | 607.57 | 607.57 | 947.34 | (774.85) | 0.00 | (0.00) | 0.00 | 2,401.53 | 57,886.12 |
| 05/04/2021 | 0 | 03/12/2021 | 0.00 | 1,554.91 | 0.00 | 0.00 | 0.00 | 1,554.91 | (774.85) | 0.00 | (0.00) | 0.00 | 846.62 | 56,331.21 |
| 05/12/2021 | 8 | **Rate Change to 7.625%** | 0.00 | 0.00 | 94.14 | 94.14 | 0.00 | 0.00 | (774.85) | 0.00 | (0.00) | 0.00 | 846.62 | 56,331.21 |
| 05/27/2021 | 15 | 04/12/2021 | 1,554.91 | 1,554.91 | 176.52 | 270.66 | 270.66 | 1,284.25 | (774.85) | 0.00 | (0.00) | 0.00 | 846.62 | 55,046.96 |
| 06/01/2021 | 5 | FPI | 0.00 | 0.00 | 57.50 | 57.50 | 0.00 | 0.00 | (831.20) | (56.35) | (0.00) | 0.00 | 846.62 | 55,046.96 |
| 07/08/2021 | 37 | FPI | 0.00 | 0.00 | 425.48 | 482.98 | 0.00 | 0.00 | (887.55) | (56.35) | (0.00) | 0.00 | 846.62 | 55,046.96 |
| 07/21/2021 | 13 | 05/12/2021 | 2,942.70 | 1,554.91 | 149.49 | 632.47 | 632.47 | 922.44 | (887.55) | 0.00 | (0.00) | 0.00 | 2,234.41 | 54,124.53 |
| 07/21/2021 | 0 | **P&I Change to $1,471.35** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (887.55) | 0.00 | (0.00) | 0.00 | 2,234.41 | 54,124.53 |
| 07/21/2021 | 0 | 06/12/2021 | 0.00 | 1,471.35 | 0.00 | 0.00 | 0.00 | 1,471.35 | (887.55) | 0.00 | (0.00) | 0.00 | 763.06 | 52,653.18 |
| 08/02/2021 | 12 | FPI | 0.00 | 0.00 | 131.99 | 131.99 | 0.00 | 0.00 | (942.77) | (55.22) | (0.00) | 0.00 | 763.06 | 52,653.18 |
| 08/24/2021 | 22 | 07/12/2021 | 1,471.35 | 1,471.35 | 241.99 | 373.98 | 373.98 | 1,097.37 | (942.77) | 0.00 | (0.00) | 0.00 | 763.06 | 51,555.81 |
| 09/01/2021 | 8 | FPI | 0.00 | 0.00 | 86.16 | 86.16 | 0.00 | 0.00 | (996.66) | (53.89) | (0.00) | 0.00 | 763.06 | 51,555.81 |
| 09/21/2021 | 20 | 08/12/2021 | 1,471.35 | 1,471.35 | 215.40 | 301.57 | 301.57 | 1,169.78 | (996.66) | 0.00 | (0.00) | 0.00 | 763.06 | 50,386.02 |
| 10/01/2021 | 10 | FPI | 0.00 | 0.00 | 105.26 | 105.26 | 0.00 | 0.00 | (1,049.12) | (52.46) | (0.00) | 0.00 | 763.06 | 50,386.02 |
| 10/26/2021 | 25 | 09/12/2021 | 1,471.35 | 1,471.35 | 263.15 | 368.40 | 368.40 | 1,102.95 | (1,049.12) | 0.00 | (0.00) | 0.00 | 763.06 | 49,283.08 |
| 11/01/2021 | 6 | FPI | 0.00 | 0.00 | 61.77 | 61.77 | 0.00 | 0.00 | (1,100.62) | (51.50) | (0.00) | 0.00 | 763.06 | 49,283.08 |
| 11/10/2021 | 9 | DUE FOR 10/12/2021 | 0.00 | 0.00 | 92.66 | 154.43 | 0.00 | 0.00 | (1,100.62) | 0.00 | (0.00) | 0.00 | 763.06 | 49,283.08 |
| 11/12/2021 | 2 | **Rate Change to 6.625%** | 0.00 | 0.00 | 17.89 | 172.32 | 0.00 | 0.00 | (1,100.62) | 0.00 | (0.00) | 0.00 | 763.06 | 49,283.08 |
| 11/23/2021 | 11 | Partial Payment | 6.76 | 0.00 | 98.40 | 270.72 | 0.00 | 0.00 | (1,100.62) | 0.00 | (0.00) | 0.00 | 769.82 | 49,283.08 |
| 12/01/2021 | 8 | FPI | 0.00 | 0.00 | 71.56 | 342.28 | 0.00 | 0.00 | (1,143.20) | (42.58) | (0.00) | 0.00 | 769.82 | 49,283.08 |
| 12/21/2021 | 20 | 10/12/2021 | 3,109.90 | 1,471.35 | 178.90 | 506.53 | 506.53 | 964.82 | (1,143.20) | 0.00 | (0.00) | 0.00 | 2,408.37 | 48,318.26 |
| 12/21/2021 | 0 | 11/12/2021 | 0.00 | 1,471.35 | 0.00 | 0.00 | 0.00 | 1,471.35 | (1,143.20) | 0.00 | (0.00) | 0.00 | 937.02 | 46,846.91 |
| 12/21/2021 | 0 | **P&I Change to $1,561.81** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,143.20) | 0.00 | (0.00) | 0.00 | 937.02 | 46,846.91 |
| 01/04/2022 | 14 | FPI | 0.00 | 0.00 | 119.04 | 119.04 | 0.00 | 0.00 | (1,183.68) | (40.48) | (0.00) | 0.00 | 937.02 | 46,846.91 |
| 01/27/2022 | 23 | 12/12/2021 | 1,645.31 | 1,561.81 | 195.57 | 304.92 | 304.92 | 1,256.89 | (1,100.18) | 83.50 | (0.00) | 0.00 | 937.02 | 45,590.02 |
| 02/02/2022 | 6 | FPI | 0.00 | 0.00 | 58.03 | 58.03 | 0.00 | 0.00 | (1,139.57) | (39.39) | (0.00) | 0.00 | 937.02 | 45,590.02 |

| Trans Date | Days | Description | Total Pd | Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Arrearage Balance | Arrearage Disb/Pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/16/2022 | 14 | 01/12/2022 | 1,645.31 | 1,561.81 | 115.85 | 173.88 | 173.88 | 1,387.93 | (1,056.07) | 83.50 | (0.00) | 0.00 | 937.02 | 44,202.09 |
| 02/25/2022 | 9 | DUE FOR 02/12/2022 | 0.00 | 0.00 | 120.30 | 120.30 | 0.00 | 0.00 | (1,056.07) | 0.00 | (0.00) | 0.00 | 937.02 | 44,202.09 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In Re:                                          Case No. 2:15-bk-50251

Mark H Stroh
Diane J Stroh                                   Chapter 13

Debtors.                                        Judge Mina Nami Khorrami

---

**CERTIFICATE OF SERVICE**

---

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served
**electronically** on February 28, 2022 through the Court's ECF System on all ECF participants
registered in this case at the e-mail address registered with the Court

And by **first class mail** on February 28, 2022 addressed to:

Mark H Stroh, Debtor
1888 Plains Blvd
Powell, OH 43065

Diane J Stroh, Debtor
1888 Plains Blvd
Powell, OH 43065

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor